**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-6550**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARLOS CEBALLOS,

Defendant - Appellant.

————————

**No. 96-6566**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARLOS CEBALLOS,

Defendant - Appellant.

————————

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-113, CA-96-40-3, CA-95-301-3-P)

————————

Submitted: September 5, 1996    Decided: September 17, 1996

————————

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Carlos Ceballos, Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his habeas motions, 28 U.S.C. § 2255 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Ceballos, Nos. CR-93-113; CA-96-40-3; CA-95-301-3-P (W.D.N.C. Oct. 31, 1995; Mar. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3